LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
CHUCK T. NARIKIYO  4823-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
clove@lkhawaii.com

Attorneys for Defendant
DOUGLAS EMMETT 2010, LLC
dba BISHOP SQUARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHALSA MARY LOO,<br><br>            Plaintiff,<br><br>      vs.<br><br>DOUGLAS EMMETT 2010, LLC, a foreign limited liability company, dba BISHOP SQUARE; JOHN DOES 1-10; DOE ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. CV _____<br>(Other Non-Vehicle Tort)<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446; EXHIBITS A THRU D; VERIFICATION; CERTIFICATE OF SERVICE |

**NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §§ 1332, 1441 AND 1446**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant DOUGLAS EMMETT 2010, LLC

dba BISHOP SQUARE ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441 and

1446, files this Notice of Removal ("Notice") of this action from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.  The grounds for removal are as follows:

## A.  INTRODUCTION

On September 21, 2016, Chalsa Mary Loo ("Plaintiff") commenced this personal injury action in the Circuit Court of the First Circuit, State of Hawaii, designated as Civil No. 16-1-1781-09 KTN.  A true and accurate copy of the Complaint is attached as Ex. A.

The first time Defendant was served, or otherwise received, a copy of the Complaint attached as Ex. A was on October 3, 2016.  Accordingly, this Notice of Removal is timely filed under 28 U.S.C. §§ 1441 and 1446.

As more fully set forth below, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and involves a matter in controversy that exceeds the sum or value of $75,000, exclusive of interest and costs.  Therefore, pursuant to 28 U.S.C. § 1441(a), Defendant may remove this action to this Court.

## B.     THIS COURT HAS SUBJECT MATTER JURISDICTION

### 1.     The Amount in Controversy Requirement Exceeds $75,000

Plaintiff alleges that, on November 26, 2014, she sustained injuries when she tripped and fell on Defendant's property located at 1001 Bishop St., Honolulu,

Hawaii, 96813.  Plaintiff's alleged damages include bilateral knee pain, left knee replacement, alleged future right knee replacement, carpal tunnel syndrome in both hands and wrists and neck pain.  (Ex. A at paragraph 27; Ex. B at 3).  In a notice of lien letter from the Rawlings Company on behalf of HMSA dated March 15, 2016, Plaintiff's medical bills are approximately $12,605, with only one knee placement completed.  (Ex. C).  Plaintiff is also claiming out of pocket costs of at least $3,196 (Ex. D) and a wage loss claim of $61,000 as of December 1, 2015, with Plaintiff stating that an additional "many months of time off work" will be needed for her second knee replacement surgery.  (Ex. B at 2).

Defendant disputes liability and damages; however, even without factoring in Plaintiff's alleged general damages, future wage loss and future medical costs, the amount in controversy, exclusive of interest and costs, based on Plaintiff's claimed damages is at least:  $12,605 + $3,196 + $61,000 = **$76,801**.  Therefore, the amount in controversy requirement for diversity jurisdiction is satisfied.

2.     **Complete Diversity of Citizenship Exists**

There is complete diversity of citizenship between Plaintiff and Defendant in this action.

According to the Complaint, Plaintiff is a resident and citizen of Hawaii.

Defendant is a foreign (Delaware) limited liability company.  For diversity jurisdiction purposes, a limited liability company is considered a citizen of every

state of which its members are citizens. *Skaaning v. Sorensen*, 2009 WL 3763056 (D. Haw. 2009) at *3 states:

> The Ninth Circuit had adopted the principle that "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP,* 437 F.3d 894, 899 (9th Cir.2006). [Footnote omitted.]

Upon information and belief, Defendant has only one member, Douglas Management, Inc., which is Delaware company. Further, upon information and belief, the principal place of business of Defendant and its sole member is outside of Hawaii.

The fact that Plaintiff has sued fictitious "Doe Defendants" does not destroy diversity. 28 U.S.C. § 1441(b) expressly provides that the citizenship of any defendant sued fictitious names shall be disregarded.

Based on the foregoing, this case should be removed to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. §§ 1332 and 1441 because: (1) Plaintiff is a citizen of the State of Hawaii; and (2) Defendant is not a citizen of Hawaii; and (3) the amount in controversy exceeds $75,000, exclusive of costs and interest.

## C.  PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

Defendant, in good faith, believes that the amount in controversy exceeds $75,000, exclusive of costs and interest, and complete diversity of citizenship exists.

The United States District Court for the District of Hawaii embraces the county in which the state court action is now pending. Therefore, this action is properly removed to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. § 91.

Pursuant to 28 U.S.C. § 1446(d), Defendant is serving written notice of this removal upon all adverse parties and will file a copy of the notice with the Clerk of the State court in which this action is currently pending.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

DATED: Honolulu, Hawaii, __November 2, 2016__.

          /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
CHUCK T. NARIKIYO

Attorneys for Defendant DOUGLAS EMMETT 2010, LLC dba BISHOP SQUARE