LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
clove@lkhawaii.com

Attorneys for Defendant
DOUGLAS EMMETT 2010, LLC
dba BISHOP SQUARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHALSA MARY LOO,<br><br>    Plaintiff,<br><br>  vs.<br><br>DOUGLAS EMMETT 2010, LLC, a foreign limited liability company, dba BISHOP SQUARE; JOHN DOES 1-10; DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV16-00592 DKW/KJM<br>(Other Non-Vehicle Tort)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES, AND ORDER<br><br><br><br>Trial Date: December 3, 2018<br>Judge: Hon. Derrick K. Watson |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES, AND ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto that all of

Plaintiff's claims and causes of action in the above-entitled matter are hereby

dismissed with prejudice.  Furthermore, the above-entitled matter is hereby dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees.  Trial in this matter was set for the week of December 3, 2018.

All parties to this action have signed this Stipulation.  There are no remaining parties and/or issues.

This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules.

DATED:  Honolulu, Hawaii,   10/29/18   .

   /s/ Michael R. Cruise
MICHAEL R. CRUISE
NICOLE KALAKAU
Attorneys for Plaintiff

DATED:  Honolulu, Hawaii,   10/29/18   .

   /s/ Barbara J. Kirschenbaum
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendant DOUGLAS EMMETT 2010, LLC dba BISHOP SQUARE

APPROVED AND SO ORDERED.

DATED:  October 30, 2018 at Honolulu, Hawai'i.



   /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Chalsa Mary Loo v. Douglas Emmett 2010, LLC dba Bishop Square; Civil No. CV16-592 DKW/KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES, AND ORDER